UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT THOMAS HARVEY,

    Plaintiff,

v.                                   Case No. 3:05-cv-572-J-16MCR

STATE OF FLORIDA, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, a pretrial detainee incarcerated at the Putnam County Jail who is proceeding pro se, initiated the above-styled case by filing a Civil Rights Complaint Form (Doc. #1) (hereinafter Complaint) pursuant to 42 U.S.C. § 1983. Plaintiff names the following Defendants: (1) the State of Florida; (2) the Seventh Judicial Circuit Court; (3) State Circuit Court Judge A.W. Nichols III; (4) R. Robin Strickler, the prosecutor in Plaintiff's case; and, (5) Sharon Feliciano, the public defender in Plaintiff's case.

Plaintiff claims that he has been denied bond, a bond hearing and a speedy trial. He does not request any monetary damages. Instead, Plaintiff seeks the dismissal of all charges pending against him and requests to be immediately released from jail. Clearly, Plaintiff's Complaint presents habeas corpus issues rather than prisoner civil rights claims. Thus, this case will be dismissed without prejudice so that Plaintiff may complete and return the enclosed habeas corpus forms for filing on the Court's

habeas corpus docket after Plaintiff has exhausted his state court remedies.

Therefore, it is now

**ADJUDGED:**

1. The above-styled case is hereby **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice.

3. The Clerk shall send Plaintiff a form for use in Section 2254 cases. Plaintiff may complete and return the enclosed habeas corpus form for filing on the Court's habeas corpus docket after Plaintiff has exhausted his claims in the state courts.

4. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of June, 2005.

JOHN H. MOORE II
United States District Judge

ps 6/24
c:
Robert Thomas Harvey

2